# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Chris Langer | Case No. CV 18-06397-AB (JPRx) |
| Plaintiff, |  |
| v. | ORDER DISMISSING CIVIL ACTION |
| Mahin Bengi Soleimani et al |  |
| Defendants. |  |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 13, 2018       _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE